FILED
2018 Jun-19 PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| RONI OSONO-RIVERA, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:17-cv-01565-VEH-TMP |
| U.S. ATTORNEY GENERAL OF AMERICA, | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

On May 30, 2018, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot, due to the petitioner's February 2, 2018, removal to his native country of Honduras. (Doc. 16). No objections have been filed, and the report and recommendation mailed to the petitioner has been returned by the United States Postal Service marked "Inmate Not Found" and "Return to Sender."

Having now carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* is due to be DISMISSED AS MOOT. A separate final judgment will be entered.

DONE and ORDERED this 19th day of June, 2018.

　　　　　　　　　　　　　　　　　　/s/ Virginia Emerson Hopkins
　　　　　　　　　　　　　　　　　　**VIRGINIA EMERSON HOPKINS**
　　　　　　　　　　　　　　　　　　United States District Judge